IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JALEN TYLER ARENS,

    Plaintiff,                                      ORDER

    v.

                                        Case No.  17-cv-694-bbc

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

This case was transferred from the United States Court of Appeals for the Federal Circuit on September 11, 2017, where plaintiff Jalen Tyler Arens filed a notice of appeal seeking review of a Social Security Administration decision.  However, plaintiff has not paid the $400.00 fee for filing this case nor has plaintiff requested leave to proceed without prepayment of the fee.  For this case to proceed, plaintiff must either pay the $400 fee for filing this case or request leave to proceed without prepayment of the fee by completing the enclosed petition and affidavit to determine whether plaintiff qualifies as indigent.


ORDER

IT IS ORDERED that plaintiff Jalen Tyler Arens may have until October 3, 2017, in which to submit either the $400 filing fee or a completed affidavit of indigency.  Plaintiff is advised that, upon failure to comply as directed or failure show cause, the court will assume that plaintiff does not wish to proceed and this case will be dismissed.

Entered this 11th day of September, 2017.

BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge

JALEN TYLER ARENS,

       Plaintiff,

  v.                                 Case No.  17-cv-694-bbc

SOCIAL SECURITY ADMINISTRATION,

       Defendant.

**NON-PRISONER REQUEST TO PROCEED IN DISTRICT COURT**
**WITHOUT PREPAYING THE FILING FEE**

Answer the following questions to the best of your ability.
**Note**: If you do not tell the truth, the court may dismiss your lawsuit.

## I.    <u>Personal Information</u>

1)    Are you employed?           □Yes        □ No

2)    Are you married?            □ Yes     □ No
        If "Yes," is your spouse employed?    □ Yes     □ No

3)    Do you have any dependents that you are responsible for supporting?
        □ Yes      □ No
        If "Yes," list them below:

| Name or initials (for <u>minor children only</u>) | Relationship to You | <u>Age</u> | Amount of Support <u>Provided per Month</u> |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

**II.** **Income -** If you are married, your answers ***must include your spouse's income.***
(When calculating income, include any wages, salary, rent, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts and inheritance, or other money you receive from any source.)

1) State your total *monthly* wages or salary?               $ _____

2) Provide the name and address of your employer(s):

   _____

3) State your spouse's total *monthly* wages or salary?   $ _____

State the amount of money you have received from any other source in the last twelve months, such as the sources listed above. Please attach an additional sheet if necessary.

<u>Source of income</u>                                          <u>Amount</u>

_____        $ _____

_____        $ _____

**III.** **Expenses -** If you are married or have dependents, ***your expenses should also include your household's expenses.***
(When calculating household expenses, you may include groceries, clothing, medical costs, utilities that are not included in your rental payments, transportation, and insurance.)

1) Identify the following amounts that you pay per month:

   ☐ Rent or        ☐ Mortgage            $ _____

   Car payment(s)                          $ _____

   Alimony or court-ordered child support  $ _____

   Credit card payment(s)                  $ _____

2)     Do you have any other *monthly* expenses that you have not already listed?
　　　　　□ Yes　　　　□ No

　　　　　If "Yes," list them below:

Expense                                        Amount

_____    $ _____

_____    $ _____

_____    $ _____

3)     What are your total *monthly* expenses?   $_____

**IV.**    **Property** - If you are married, your answers must ***include your spouse's property.***

1)     Do you own a car?　□ Yes　　　□ No　　　If "Yes," list car(s) below:

Make and Model                      Year       Approximate Current Value

_____  _____  $_____

_____  _____  $_____

2)     Do you own your home(s)?　□ Yes　　　□ No

　　　　　If "Yes," state the approximate value(s).   $ _____

　　　　　What is the amount of equity (assessed value of residence minus outstanding
　　　　　mortgage balance) in the home(s)?   $ _____

3)     Do you have any cash or checking, savings, or other similar accounts?
　　　　　□ Yes　　　　□ No

　　　　　If "Yes," state the total of such sums.   $_____

4) Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork or jewelry?

   □ Yes          □ No

   If "Yes," describe the property and the approximate value(s).

   _____

**V.** **<u>Other Circumstances</u>** - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

_____

_____

_____

_____

_____

_____

I, _____, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the fee and that I am entitled to the relief sought in the complaint.

_____          _____
Date                                     **Signature - Signed Under Penalty of Perjury**